FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2025 APR 11  PM 3: 21

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**EDWARD EARL YOUNG**
Plaintiff,

v.

**UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**
**DENIS MCDONOUGH, in his official capacity as Secretary of Veterans Affairs**
Defendants.

**Civil Action No.:** (To be assigned)

---

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

---

## I. INTRODUCTION

Plaintiff Edward Earl Young brings this action to address and rectify the Department of Veterans' (VA) ongoing failure to lawfully adjudicate his claim for an Earlier Effective Date (EED) of VA compensation benefits. This Complaint arises from the VA's mischaracterization, obfuscation, and administrative mishandling of Plaintiff's filings — specifically their reclassification of a substantive EED claim as "Arrange Folder Documents (NEW)," and their improper closure of said claim without adjudication or explanation.

---

## II. JURISDICTION AND VENUE

1. Jurisdiction is proper under 28 U.S.C. § 1331, as this action arises under the laws of the United States, including the Administrative Procedure Act (5 U.S.C. §§ 551 et seq.).
2. Venue is proper under 28 U.S.C. § 1391(e) because the Plaintiff resides in Colorado, and the Defendant agencies conduct business and maintain facilities within this district.

---

## III. PARTIES

3. **Plaintiff** Edward Earl Young is a United States military veteran and resident of Colorado who has received 100% Permanent and Total VA benefits since 2005. He brings this action to compel lawful adjudication of a miscategorized VA claim.
4. **Defendant** United States Department of Veterans Affairs is a federal agency responsible for the administration of veterans' benefits.

5. **Defendant** Denis McDonough is the Secretary of Veterans Affairs and is sued in his official capacity.

## IV. FACTUAL ALLEGATIONS

6. The plaintiff submitted a legally sufficient claim for an Earlier Effective Date (EED) which was officially received on or about **June 27, 2024**, as evidenced by VA.gov status and tracking.
7. This claim was not adjudicated nor addressed on its merits.
8. On or about **April 9, 2025**, the VA improperly closed the Plaintiff's claim under the non-substantive and non-regulatory label: **"Arrange Folder Documents (NEW)."**
9. The Plaintiff submitted a notarized declaration, FOIA/Privacy Act request(s), and extensive record to secure lawful treatment of his claim.
10. The Plaintiff subsequently submitted a "Litigation Intent & Notice of Noncompliance" to the U.S. District Court, which was returned only due to procedural technicality — namely, lack of a case number or initiation form — not for lack of substance.
11. The closure and label used by the VA indicate an intentional procedural evasion designed to obscure the Plaintiff's right to an adjudicated decision.
12. The plaintiff has exhausted administrative remedies and now seeks judicial intervention to prevent continued harm and to compel action.

## V. CAUSES OF ACTION

### Count I – Violation of the Administrative Procedure Act (APA)

13. Plaintiff realleges and incorporates by reference paragraphs 1–12. 14. The VA's closure of Plaintiff's EED claim under "Arrange Folder Documents" constitutes agency action unlawfully withheld or unreasonably delayed in violation of 5 U.S.C. § 706(1). 15. The VA's failure to provide notice, reasoning, or proper adjudication constitutes arbitrary and capricious action, abuse of discretion, and is otherwise not in accordance with law (5 U.S.C. § 706(2)).

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Issue a declaratory judgment that VA's misclassification and closure of the Plaintiff's EED claim violates the APA and due process.

B. Issue injunctive relief compelling the VA to reopen and lawfully adjudicate the Plaintiff's EED claim on its merits.

C. Order the VA to provide a written decision outlining its reasoning, jurisdictional handling, and procedural steps moving forward.

D. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

**Edward Earl Young**
Plaintiff, Pro Se
6330 Vickie Lane
Colorado Springs, Colorado 80923
719-651-9049
youngedward312@gmail.com

---

**EXHIBITS ATTACHED:**

- Exhibit A: Screenshot of VA.gov Claim Status Showing Closure on April 9, 2025, labeled "Arrange Folder Documents (NEW)" annotated with "Is this my Earlier Effective Date Decision?"
- Exhibit B: Return Letter from U.S. District Court Clerk dated April 2, 2025
- Exhibit C: Sworn Declaration of Edward Earl Young
- Exhibit D: Litigation Intent & Notice of Noncompliance Letter
- Exhibit E: Screenshot from VA.gov Showing FOIA/Privacy Act Request Claim Received June 27, 2024

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

EDWARD EARL YOUNG Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS DENIS MCDONOUGH, in his official capacity as Secretary of Veterans Affairs Defendants.

Civil Action No.: (To be assigned)

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

I. INTRODUCTION Plaintiff Edward Earl Young brings this action to address and rectify the Department of Veterans' (VA) ongoing failure to lawfully adjudicate his claim for an Earlier Effective Date (EED) of VA compensation benefits. This Complaint arises from the VA's mischaracterization, obfuscation, and administrative mishandling of Plaintiff's filings — specifically their reclassification of a substantive EED claim as "Arrange Folder Documents (NEW)," and their improper closure of said claim without adjudication or explanation.

II. JURISDICTION AND VENUE

1. Jurisdiction is proper under 28 U.S.C. § 1331, as this action arises under the laws of the United States, including the Administrative Procedure Act (5 U.S.C. §§ 551 et seq.).
2. Venue is proper under 28 U.S.C. § 1391(e) because the Plaintiff resides in Colorado, and the Defendant agencies conduct business and maintain facilities within this district.

III. PARTIES 3. Plaintiff Edward Earl Young is a United States military veteran and resident of Colorado who has received 100% Permanent and Total VA benefits since 2005. He brings this action to compel lawful adjudication of a miscategorized VA claim. 4. Defendant United States Department of Veterans Affairs is a federal agency responsible for the administration of veterans' benefits. 5. Defendant Denis McDonough is the Secretary of Veterans Affairs and is sued in his official capacity.

IV. FACTUAL ALLEGATIONS 6. The plaintiff submitted a legally sufficient claim for an Earlier Effective Date (EED) which was officially received on or about June 27, 2024, as evidenced by VA.gov status and tracking. 7. This claim was not approved nor addressed on its merits. 8. On or about April 9, 2025, the VA improperly closed the Plaintiff's claim under the non-substantive and non-regulatory label: "Arrange Folder Documents (NEW)." 9. The Plaintiff submitted a notarized declaration, FOIA/Privacy Act request(s), and extensive record to secure lawful treatment of his claim. 10. The Plaintiff subsequently submitted a "Litigation Intent & Notice of Noncompliance" to the U.S. District Court, which was returned only due to procedural technicality — namely, lack of a case number or initiation form — not for lack of substance. 11. The closure and label used by the VA indicate an intentional procedural evasion designed to obscure the Plaintiff's right to an adjudicated decision. 12. The plaintiff has exhausted

administrative remedies and now seeks judicial intervention to prevent continued harm and to compel action.

V. CAUSES OF ACTION Count I – Violation of the Administrative Procedure Act (APA) 13. Plaintiff realleges and incorporates by reference paragraphs 1–12. 14. The VA's closure of Plaintiff's EED claim under "Arrange Folder Documents" constitutes agency action unlawfully withheld or unreasonably delayed in violation of 5 U.S.C. § 706(1). 15. The VA's failure to provide notice, reasoning, or proper adjudication constitutes arbitrary and capricious action, abuse of discretion, and is otherwise not in accordance with law (5 U.S.C. § 706(2)).

VI. PRAYER FOR RELIEF WHEREFORE, Plaintiff respectfully requests that the Court: A. Issue a declaratory judgment that VA's misclassification and closure of the Plaintiff's EED claim violates the APA and due process. B. Issue injunctive relief compelling the VA to reopen and lawfully adjudicate the Plaintiff's EED claim on its merits. C. Order the VA to provide a written decision outlining its reasoning, jurisdictional handling, and procedural steps moving forward. D. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Edward Earl Young Plaintiff, Pro Se 6330 Vickie Lane Colorado Springs, Colorado 80923 719-651-9049 youngedward312@gmail.com

EXHIBITS ATTACHED: • Exhibit A: Screenshot of VA.gov Claim Status Showing Closure on April 9, 2025, labeled "Arrange Folder Documents (NEW)" annotated with "Is this my Earlier Effective Date Decision?" • Exhibit B: Return Letter from U.S. District Court Clerk dated April 2, 2025, • Exhibit C: Sworn Declaration of Edward Earl Young • Exhibit D: Litigation Intent & Notice of Noncompliance Letter • Exhibit E: Screenshot from VA.gov Showing FOIA/Privacy Act Request Claim Received June 27, 2024

# Your correspondence claim

Received on April 4, 2025

## What you've claimed

- ARRANGE FOLDER DOCUMENTS (New)



EXHIBIT A
IS THIS MY EARLIER EFFECTIVE DATE DECISION

**Status**   Files   Overview

# Claim status

Here's the latest information on your claim.

ℹ️ **We closed your claim on April 9, 2025**

You can download your decision letter online now. You can also get other letters related to your claims.

We'll also send you a copy of your decision letter by mail. It should arrive within 10 days after the date we closed your claim, but it may take longer.

❯ **Get your claim letters**

## Payments

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433
Fax:    (303) 335-2714

April 7, 2025

Edward Earl Young
6330 Vickie Lane
Colorado Springs, CO 80923

RE: Correspondence from Edward Earl Young titled *Litigation Intent & Notice of Noncompliance* dated
April 2, 2025

# EXHIBIT B

Dear Mr. Young:

The enclosed documents are being returned to you **unfiled**.   You must provide the case number you
intend to file the documents in or submit them with the proper forms to initiate a new case (accessible via
the public website www.cod.uscourts.gov). Additionally, the documents were received in the Colorado
Springs location of the US District Court for the District of Colorado which is **not** situated to accept filings
from the public. To best serve you moving forward, please direct all future filings and communications to:

*Office of the Clerk of Court*
*U.S. District Court for the District of Colorado*
*Alfred A. Arraj Courthouse*
*901 19th Street, Room A105*
*Denver, CO 80294*
**(303) 844-3433**

Very truly yours,

JEFFREY P. COLWELL, CLERK

_____ s/ E. Lopez Vaughan _____

By: Deputy Clerk

**PLEASE BE ADVISED THAT ANY FUTURE MAILINGS RECEIVED IN THE COLORADO SPRINGS

LOCATION WILL BE MARKED "RETURN TO SENDER" AND RETURNED TO YOU UNOPENED.**

## SWORN DECLARATION OF EDWARD EARL YOUNG

(Pursuant to 28 U.S.C. § 1746)

I, **Edward Earl Young**, residing at **6330 Vickie Lane, Colorado Springs, CO 80923**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge and belief:

1. On or around **June 27, 2024**, I submitted a formal **FOIA/Privacy Act request** to the Department of Veterans Affairs (VA). This request was acknowledged and logged under Docket Number **210802-176218**.
2. The VA's own records indicate the request was marked **"Closed"** and a **"Decision letter sent"** — yet I have **not received** any such decision letter **by mail, electronically, or through VA.gov** to date.
3. This discrepancy constitutes a **violation of the Privacy Act (5 U.S.C. § 552a)** and governing regulations (**38 CFR §§ 1.577–1.580**), as the VA has failed to provide a record it claims to have generated.
4. Additionally, on **March 24, 2025**, VA.gov listed my **Earlier Effective Date (EED) compensation claim** as **"Closed"**, stating that a **decision letter was available for download** and would be **mailed**. Neither occurred.
5. Upon calling the VA, I was told the claim was **still under review**, contradicting the official status on VA.gov. This inconsistency threatens my **appeal rights**, presents a **due process violation** under **38 CFR § 3.103(b)**, and introduces legal confusion into what should be a transparent recordkeeping process.
6. I have issued formal written notices and preserved my rights accordingly, but no correction or remedy has been provided by the VA.
7. I am submitting this sworn declaration into the record for judicial notice, legal preservation, and future review by appropriate oversight bodies or courts. It is my intent to pursue this matter until full accountability is reached.

Executed on this **3rd day of April 2025**, in **Colorado Springs, Colorado**.

Respectfully submitted,

**EXHIBIT C**

**Edward Earl Young**
6330 Vickie Lane
Colorado Springs, CO 80923
(719) 651-9049
youngedward312@gmail.com

_____

**OPTIONAL: Notary Clause (if you want extra weight, though not legally required under 28 U.S.C. § 1746)**

**Subscribed and sworn before me** on this _3_ day of _April_ , 2025.

Notary Public
My commission expires: 12-05-2026

```
AVA SMOOT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224045726
MY COMMISSION EXPIRES DECEMBER 5, 2026
```

Edward Earl Young 6330 Vickie Lane Colorado Springs, CO 80923 United States

VA File No: 431-19-445, youngedward312@gmail.com  Phone: 719-651-9049

April 2, 2025

Litigation Intent & Notice of Noncompliance

# EXHIBIT D

To All Governing Bodies and Responsible Agencies,

This correspondence serves as formal notice that I have not received a response to the matter referenced in your own official records: Docket number **210802-176218**

"FOIA/Privacy Act request received June 27, 2024 – Closed – Decision letter sent."

To date, no such decision letter has been received by mail, electronically through VA.gov, or made available in any accessible system. VA's own system has documented the action, and therefore the legal burden now rests with the agency producing the record it claims to have generated. The absence of this documentation constitutes a breakdown in procedural compliance, a failure in legal accountability, and a direct violation of federal recordkeeping obligations pursuant to 5 U.S.C. § 552a and 38 CFR §§ 1.577–1.580.

This is not an administrative oversight—it is a failure to fulfill the most basic procedural and legal standard: to produce what you claim exists.

In the absence of communication, transparency, or resolution, I am now forced to act on my own to advance this matter to higher legal grounds. This situation will no longer remain confined to systems that permit confusion, obstruction, or evasion. Instead, it will be moved to the jurisdiction of order, truth, and clear documentation—where excuses no longer apply, and law reigns supreme.

All governing bodies, legal departments, oversight agencies, and responsible people are hereby placed on formal notice. This is not a matter for further discussion or interpretation. It is now an enforceable legal concern that will be pursued through the appropriate courts and oversight offices, including the Office of General Counsel, the Office of Inspector General, and federal jurisdiction.

The absence of the referenced decision letter nullifies the VA's ability to justify closure or fulfillment of the request in question. My intent is not to seek cooperation, but to demand legal correction, and to ensure full accountability through lawful action.

Respectfully,

Edward Earl Young



**VA** | U.S. Department
of Veterans Affairs

Q Search ∨

VA Benefits and Health Care ∨    About VA ∨    Find a VA Location

**Edward Earl Young**
United States Army

Your disability rating: **100% service connected** >

# My VA

Go to your profile

# Claims and appeals



**Freedom of information act / privacy act
request claim received June 27, 2024**

⊘ Closed

We sent you a decision letter

**Review details** >

🞊 Learn how to file a claim

🗎 Manage all claims and appeals

# Health care